# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Cheryl House, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:23-cv-00235-JKW-RJK |
| vs. | ) |
| | ) |
| Sanofi U.S. Services Inc.; | ) |
| Sanofi-Aventis U.S. LLC, | ) |
| | ) |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Cheryl House and Douglas House, and Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc., hereby stipulate to the dismissal of this action with prejudice with each party to bear its own attorney's fees and costs.

Dated: January 23, 2025

Respectfully submitted,

/s/ *Olivia Houston*
Olivia Houston (VSB # 95824)
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
(202) 799-4253
(202) 799-5253 (fax)
olivia.houston@dlapiper.com

Christopher S. McRae (pro hac vice)
Stephen E. Nichols (pro hac vice)
Harley V. Ratliff (pro hac vice)
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile:  (816) 421-5547

1

cmcrae@shb.com
senichols@shb.com
hratliff@shb.com

*Counsel for Sanofi U.S. Services Inc.*
*and Sanofi-Aventis U.S. LLC*

And

John Christopher Elliott (*Pro Hac Vice*)
BACHUS & SCHANKER, LLC
950 7th Street, Suite 1050
Denver, CO 80202
Phone: (303) 893-9800
Fax: (303) 893-9900
celliott@coloradolaw.net

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all CM/ECF participants.

*/s/ Olivia Houston*
